# EXHIBIT 1

## VERIFICATION

LAURIE VENNING hereby states:

1. I am the Chief Executive Officer of VennWest Global Technologies Inc., the Plaintiff in this shareholder derivative action brought on behalf of Health Discovery Corporation.

2. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the allegations made in the foregoing Verified Shareholder Derivative Complaint are true and correct to the best of my knowledge, information and belief.

Dated: August 10, 2020

_____
LAURIE VENNING